# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-1135
_____

A.N.M., Mother of E.J.B., S.G.B.,
E.J.B., and M.B., Minor
Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.
_____

On appeal from the Circuit Court for Escambia County.
Thomas Hood Williams, Judge.

July 7, 2026

PER CURIAM.

     DISMISSED.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

A.N.M., pro se, Appellant.

Sarah J. Rumph of Children's Legal Services, Tallahassee, for Appellee.

Sara E. Goldfarb and Mercy Almaguer of the Statewide Guardian ad Litem Office, Tallahassee, for the Guardian ad Litem.